JS-6

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Celfio Goni,<br><br>　　　　　　Defendant. | CASE NO. 2:12-cv-08680-JFW-RZ<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CELFIO GONI, INDIVIDUALLY AND D/B/A INCA GOURMET PERUVIAN BUFFET |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendant CELFIO GONI, INDIVIDUALLY AND D/B/A INCA GOURMET PERUVIAN BUFFET, that the above-entitled action is hereby dismissed **without prejudice** against CELFIO GONI, INDIVIDUALLY AND D/B/A INCA GOURMET PERUVIAN BUFFET and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by May 5, 2013, the dismissal shall be deemed to be **with prejudice**.

///

///

///

ORDER GRANTING STIPULATION OF DISMISSAL
Case No. 2:12-cv-08680-JFW-RZ
PAGE 1

1      This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party
2   referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____            Dated:  December 18, 2012
**The Honorable John F. Walter**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER GRANTING STIPULATION OF DISMISSAL**
**Case No. 2:12-cv-08680-JFW-RZ**
**PAGE 2**